*In the Matter of the Dependency of* S.B., ET AL.

J.B., *Appellant*, v. DEPARTMENT OF SOCIAL AND HEALTH
SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for Yakima
County, Nos. 92-7-00131-1, 91-7-00208-5, Lani-Kay Swanhart,
J. Pro Tem., entered February 10, 1993. *Affirmed* by

unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.